**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| LAURA A. SHARP, ) | CASE NO. 1:08CV2026 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| CLEVELAND METROPOLITAN SCHOOL ) | |
| DISTRICT, ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Opinion and Order in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

January 13, 2009